

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BOERNE TO BERGHEIM COALITION FOR CLEAN ENVIRONMENT, | § | |
| | § | No. 08-20-00035-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 459th District Court |
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY and VULCAN CONSTRUCTION MATERIALS, LLC, | § | of Travis County, Texas |
| | § | (TC# D-1-GN-18-003134) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2022.


YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, C.J., Palafox J., and Ferguson, Judge.